*Cheyenne R. Wood*

*314 Fairhaven Ct*

*Arlington, TX 76018*

*214-600-3601 or 214-991-6101*

**Attn: Mr. Ronnie Jacobson, Court Deputy**
   **Honorable District Judge E. Kinkaede**
   **1100 Commerce St. Room 1625**
   **Dallas, TX 75242-1003**

   I sent the attached to the address I had located on internet. Although, there were several, the Travis Street address was listed with the Bar Association. My mother and I met him at a Madeline Restaurant initially when she asked him to assist with turning myself in immediately. She gave him an initial payment of $500 to do this. I sent the accompanying letter both regular mail and return receipt priority mail.

Respectfully,

Cheyenne Wood






*Cheyenne R. Wood*
*314 Fairhaven Ct*
*Arlington, TX 76018*
*214-991-6101*

November 5, 2016

Richard Deaquero, Attorney
Bar ID 05623500
4145 Travis St, Ste 201
Dallas, TX 75204

Re: Pending Federal Court Case

Dear Mr. Deaquero:

As pursuant to my numerous requests, I am formally asking you to please excuse yourself from my case directly to the District Federal Court, Honorable Judge E. Kinkeade.

Earlier in September, when you sent a text requesting additional monies, I replied explaining my mother had paid the initial $500 and was no longer able to resume payment as my father had a heart attack, surgery and permanent damage to his heart preventing them from further assistance. I asked then for you to please excuse yourself and not to proceed. You replied you would stay on without payment…

Again, after further discussion with my PO officer, on Tuesday October 19th, I again asked that you withdraw, explaining in depth that as to date I had not received one document of any kind pertaining to my indictment. Your reply was, "I hand delivered a letter to the US Attorney and had no contact. Stay put till US Attorney contacts me. YOU ARE OK." No sir, I am not OK…my entire life and the life of my children are on the line and to date I have not seen 'the letter' or any court documents, agent reports, or any documentation at all.

On Tuesday, November 1st, while meeting with my PO officer, I was informed of several activities and dates that you had not adhered to or that my court was reassigned to the Honorable Judge Kinkeade. I wrote you in depth expressing my concerns and need for you to please remove yourself from my case formally so I can obtain creditable legal assistance. In adjacent, Mr. Deaquero, you are certainly aware of how scared and confused I am and yet you have done nothing

to explain procedures or strategies. To date, you have not answered my texts or calls.

Mr. Deaquero, you assured both my mother and myself, you were an experienced Federal Attorney and yet you were recently talking about state procedures, confusing me even more. We both know a Federal Case coheres to strict protocol and deadlines to which we have now missed. In lieu of just that fact, I am adamantly insisting you withdraw from my case and inform the Court accordingly.

Respectfully submitted,

Cheyenne R. Wood

Cheyenne R. Wood
cheyenne.wood214@gmail.com
kathleen.wood214@gmail,com
214-600-3601 or 214-991-6101


Cc: Mr. Ronnie Jacobson
    Honorable District Judge E. Kinkaede
    1100 Commerce St. Room 1625
    Dallas, TX 75242-1003
    Certified mail
    Regular mail



Cheyenne Wood
314 Fairhaven Ct.
Arlington, TX 76018

7015 1520 0002 1569 9324

CERTIFIED MAIL

U.S. POSTAGE PAID
ARLINGTON, TX
76010
NOV 07 16
AMOUNT
$6.00
R2305E124499-15

75242



Donnie Jacobson, Court Deputy
Honorable District Judge E. Kinkeade
1100 Commerce St. Room 1625
Dallas, TX 75242-1003

RETURN RECEIPT REQUESTED